UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :
                                    :    **ORDER** *unsealing*

        v.                    :
                                      :

GIOVANI CORDERO-RIVERA   :    Crim. No. 09-765   (KSH)

This matter having come before the Court upon the application of Paul J. Fishman,

United States Attorney for the District of New Jersey (by André M. Espinosa, Assistant United

States Attorney), for an order unsealing the arrest warrant, the Complaint upon which the arrest

warrant was based, and all other papers related to the above-captioned matter, and for good cause

shown,

IT IS on this _____ day of October 2009,

ORDERED THAT, the arrest warrant, the Complaint upon which the arrest warrant was

based, and all other papers related to the above-captioned matter, be, and hereby are, unsealed.


_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge