UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| GIOVANI CORDERO-RIVERA : | Crim. No. 09- 765 (KSH) |

This matter having been opened to the Court upon the application of defendant Giovani Cordero-Rivera ("Defendant") (Lorraine Gauli-Rufo, Assistant Federal Public Defender, appearing) for a modification of the conditions of his pretrial release; and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing) having no objection, and for good cause shown,

IT IS on this 23 day of October 2009

ORDERED that the conditions of Defendant's pretrial release shall be and hereby are modified, and Defendant shall be permitted to travel to and from a place of employment approved by Pretrial Services, under such conditions as may be imposed by Pretrial Services; and it is further,

ORDERED that, Defendant shall continue compliance with all other requirements imposed as conditions of Defendant's current pretrial release.

HONORABLE KATHARINE S. HAYDEN
United States District Judge