UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim.No. 09-765 (KSH) |
| v. | : | |
| | : | BAIL MODIFICATION |
| | : | CONSENT ORDER |
| GIOVANI CORDERO-RIVERA | : | |

This matter having come before the Court on the application of defendant Giovani Codero-Rivera, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order modifying the conditions of bail set on April 13, 2009, and Andre Espinosa, Esq., AUSA, and Pretrial Services Officer, Barbary Hutchinson, having no objection to said modification,

IT IS on this day of , 2010,

ORDERED that the Giovani Codero-Rivera be released from home detention on February 13, 2010, for the hours determined by Pretrial Services. All other conditions of bail set in the matter to remain in full force and effect.

HONORABLE KATHARINE S. HAYDEN
United States District Court Judge