UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
: Crim.No. 09-765 (KSH)
:
v. :
: BAIL MODIFICATION
: CONSENT ORDER
GIOVANI CORDERO-RIVERA :

This matter having come before the Court on the application of defendant Giovani Codero-Rivera, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order modifying the conditions of bail set on April 13, 2009, and Andre Espinosa, Esq., AUSA, and Pretrial Services Officer, Barbara Hutchinson, having no objection to said modification,

IT IS on this 18th day of March, 2010,

ORDERED that the Giovani Codero-Rivera's surrender date be extended to April 12, 2010. All other conditions of bail set in the matter to remain in full force and effect.

_____
HONORABLE KATHERINE S. HAYDEN
United States District Court Judge